1  James A. Stankowski (State Bar No. 106367)
   Darren Le Montree, Esq. (State Bar No. 198715)
2  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
3  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
4  Telephone: (213) 443-5100
   Facsimile: (213) 443-5101
5  E-Mail: James.Stankowski@wilsonelser.com
           Darren.Lemontree@wilsonelser.com
6
   Attorneys for Defendant,
7  ILLINOIS UNION INSURANCE COMPANY

8

9                 UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LLOYD CHARTRAND, | ) Case No.: C-08-05805-JSW |
   | Plaintiff, | ) |
   | v. | ) **STIPULATION ON SCOPE OF SUMMARY JUDGMENT MOTIONS;** [PROPOSED] **ORDER THEREON** |
   | ILLINOIS UNION INSURANCE COMPANY, a corporation, and DOES 1 through 50, inclusive, | ) |
   | Defendants. | ) |

20 TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

21 Plaintiff LLOYD CHARTRAND ("Plaintiff") and Defendant ILLINOIS UNION

22 INSURANCE COMPANY ("Defendant") by and through their respective counsel

23 of record hereby stipulate as follows: Whereas,

24     1.    The parties through counsel have met and conferred on the scope of

25 the cross-motions for summary judgment/adjudication to be filed in this matter.

26     2.    The Court has previously approved the parties request to phase

27 discovery and accelerate the briefing schedule for the motions for summary

28                                                                                                                 1

1  judgment relating to coverage and the duty to defend. One of the primary reasons
2  for the prior stipulation to phase discovery, which the Court approved, was to
3  prevent prejudice and harm to Plaintiff in the underlying Investor Action;

4    3.    Counsel have determined that in order to further the goals of having
5  entered into the now approved stipulation to phase discovery, accelerate the
6  briefing scheduling on the summary judgment motions and vacate the trial, certain
7  issues will not be ripe for summary determination by the date of the parties' initial
8  briefing. In particular, with respect to the bad faith cause of action, Illinois Union
9  would like to assert that its coverage position was reasonable and subject to the
10 "genuine dispute doctrine."

11   4.    In order to properly address the motions relating to the bad faith cause
12 of action additional discovery will need to be taken which is outside the scope of
13 the first phase of the discovery (duty to defend – coverage phase), and therefore by
14 necessity must be taken after the Court has made its initial ruling on coverage and
15 the duty to defend;

16   **Wherefore**, since the purpose of the phased discovery and accelerated
17 briefing schedule was to streamline resolution, the parties respectfully request to
18 limit the scope of the summary judgment issues at this time to Illinois Union's
19 motion to determine the absence of coverage (which would be dispositive of the
20 action) and Plaintiff's motion to determine the existence of a duty to defend. The
21 parties respectfully request that the Court confirm it will allow a second summary
   and with good cause
22 judgment briefing to be conducted, if necessary, after the close of discovery and
23 after the Court has ruled on the issues of coverage/duty to defend.

25 So Stipulated.

27 ///

2

STIPULATION ON SCOPE OF SUMMARY JUDGMENT MOTIONS; [PROPOSED] ORDER THEREON
795574.1

| | | |
|---|---|---|
| 1 | Dated: July___, 2009 | Law Office of Andre Hassid |
| 2 | | |
| 3 | | By: <S>_____ |
| 4 | |     Andre Hassid, Esq.. |
| | |     Attorneys for Plaintiff |
| 5 | |     LLOYD CHARTRAND |
| 6 | | |
| 7 | Dated: July___, 2009 | WILSON, ELSER, MOSKOWITZ, |
| | |     EDELMAN & DICKER LLP |
| 8 | | |
| 9 | | |
| 10 | | By: <S>_____ |
| | |     James A. Stankowski |
| 11 | |     Darren Le Montree |
| | |     Attorneys for Defendant, |
| 12 | |     ILLINOIS UNION INSURANCE |
| | |     COMPANY |

IT IS SO ORDERED.

Dated: July 8, 2009    _____
    Hon. Jeffrey S. White

3

STIPULATION ON SCOPE OF SUMMARY JUDGMENT MOTIONS; [PROPOSED] ORDER THEREON
795574.1