**United States District Court**
For the Northern District of California

1

2

3

4

5

6                           IN THE UNITED STATES DISTRICT COURT

7

8                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9     LLOYD CHARTRAND,

10              Plaintiff,                              No. C 08-05805 JSW

11      v.

12    ILLINOIS UNION INSURANCE COMPANY          **ORDER SETTING BRIEFING**
      and DOES 1-50, inclusive,                 **SCHEDULE**
13
                Defendants.
14    _____/

15

16          This matter is set for a hearing on September 4, 2009 on Defendant Illinois Union

17    Insurance Company's motion for summary judgment.  The Court HEREBY ORDERS that an

18    opposition to the motion shall be filed by no later than July 31, 2009 and a reply brief shall be

19    filed by no later than August 7, 2009.

20          If the Court determines that the matter is suitable for resolution without oral argument, it

21    will so advise the parties in advance of the hearing date.  If the parties wish to modify this

22    schedule, they may submit for the Court's consideration a stipulation and proposed order

23    demonstrating good cause for any modification requested.

24          **IT IS SO ORDERED.**

25

26    Dated:  July 17, 2009              _____
                                        JEFFREY S. WHITE
27                                      UNITED STATES DISTRICT JUDGE

28