1  James A. Stankowski (State Bar No. 106367)
   Darren Le Montree, Esq. (State Bar No. 198715)
2  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
3  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
4  Telephone:  (213) 443-5100
   Facsimile:   (213) 443-5101
5  E-Mail:  James.Stankowski@wilsonelser.com
              Darren.Lemontree@wilsonelser.com
6
7  Attorneys for Defendant,
   ILLINOIS UNION INSURANCE COMPANY

8

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LLOYD CHARTRAND,                         ) Case No.: C-08-05805-JSW
   |                                          )
13 |     Plaintiff,                           )
   |                                          ) **STIPULATION RE BRIEF**
14 | v.                                       ) **SCHEDULE RE CROSS**
   |                                          ) **SUMMARY JUDGMENT**
15 | ILLINOIS UNION INSURANCE                 ) **MOTIONS; [PROPOSED] ORDER**
   | COMPANY, a corporation, and DOES 1       ) **THEREON**
16 | through 50, inclusive,                   )
   |                                          )
17 |     Defendants.                          )
   |                                          )
18 |_____)

19 TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

20 Plaintiff LLOYD CHARTRAND ("Plaintiff") and Defendant ILLINOIS UNION

21 INSURANCE COMPANY ("Defendant") by and through their respective counsel

22 of record hereby stipulate as follows:   Whereas,

23      1.     The parties through counsel have met and conferred on the briefing

24 schedule for the cross-summary judgment/adjudication motions filed in this matter.

25      2.     The Court by Order dated June 30, 2009 previously approved the

26 stipulated briefing schedule of the parties as follows;

27

28                                          1

(a) Defendant to file its Opening Motion on or before July 17, 2009.

(b) Plaintiff to file his Opening Motion/Opposition on or before July 31, 2009.

(c) Defendant to file its Opposition/Reply on or before August 12, 2009.

(d) Plaintiff to file his Reply on or before August 24, 2009.

(e) Hearing on the cross-motions to be set on September 4, 2009 at 9:00 a.m.

3. The court's order of July 31, 2009 changed the briefing schedule from that previously stipulated and ordered by the court on June 30, 2009. The July 31, 2009 order no longer appears on the electronic docket of the Court's web site. The parties' counsel out of an abundance of caution desire confirmation that the June 30, 2009 order setting forth the briefing schedule as recited in paragraph 2 above is still in effect.

4. The Parties respectfully request the court to withdraw its order of July 31, 2009, and reinstitute the briefing schedule set forth above in Paragraph 2 and in the order of June 30, 2009.

So Stipulated


Dated: August 4, 2009          Law Office of Andre Hassid

                               By:___/s/_____
                                   Andre Hassid, Esq..
                                   Attorneys for Plaintiff
                                   LLOYD CHARTRAND

2

STIPULATION ON BRIEF SCHEDULE OF CROS SUMMARY JUDGMENT MOTIONS; [PROPOSED] ORDER THEREON

795052.1

| | |
|---|---|
| Dated: August 4, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | By: __/s/_____<br>    James A. Stankowski<br>    Darren Le Montree<br>    Attorneys for Defendant,<br>    ILLINOIS UNION INSURANCE COMPANY |

IT IS SO ORDERED.

Dated: ___August 5, 2009___     _____
                                Hon. Jeffrey S. White