1  ANDRE HASSID, SBN 66145
2  LAW OFFICE OF ANDRE HASSID
3  670 AUGUSTA DRIVE
   MORAGA, CA 94556
4  Telephone: 925-247-0050; Fax 925-871-4067

5  MICHAEL A. MATHEWS, ESQ. 049625
6  LAW OFFICES OF MICHAEL A. MATHEWS
   300 MONTGOMERY STREET, SUITE 650
7  SAN FRANCISCO, CALIFORNIA 94104
   Telephone 415-693-0110; Fax 801-640-0411
8
9  Attorneys for Plaintiff Lloyd Chartrand

10                  UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12

13 | LLOYD CHARTRAND, | Case No. C 08-05805 |
14 | Plaintiffs, | |
15 | v. | JOINT REQUEST FOR CONTINUANCE OF STATUS CONFERENCE IN LIEU OF PENDING SETTLEMENT; AND ~~PROPOSED~~ ORDER THEREON |
16 | ILLINOIS UNION INSURANCE COMPANY, | |
17 | a corporation, and DOES 1 through 50, inclusive, | |
18 | Defendant | Courtroom: 11 |
19 | | Judge: Honorable Jeffrey S. White |
   | | Trial Date: March 15, 2010 |

20    TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF
21 RECORD:
22    Plaintiff LLOYD CHARTRAND ("Plaintiff") and Defendant ILLINOIS
23 UNION INSURANCE COMPANY ("Defendant") by and through their respective
24 counsel of record hereby file this JOINT REQUEST:   Whereas,
25    1.    The parties have reached an agreement resolving the pending dispute
26 and are in the process of implementing the agreed terms;
27    2.    The parties anticipate that a dismissal of the action without prejudice
28 will be filed in the next thirty days;
29    3.    The COURT has set a status conference for October 2, 2009 at 1:30
30 pm;

4. The parties jointly request that the Status Conference be continued to Friday November 13, 2009 at 1:30 pm; the parties anticipate the request for dismissal of the action will be filed before such date.

Date: September 17, 2009

| By: | /s/ |
|---|---|
| | André Hassid, Attorney for Plaintiff Lloyd Chartrand |

Date: September 17, 2009

| By: | /s/ |
|---|---|
| | James A. Stankowski |
| | Darren Le Montree, |
| | Attorneys for Defendant Illinois Union Insurance Company |

IT IS ORDERED that the Status Conference presently scheduled for October 2, 2009 at 1:30 pm be continued to Friday November, 13, 2009 at 1:30 pm.

Dated: September 18, 2009          _____

Honorable Jeffrey S. White

Joint Request for Continuance of Status Conference

- 2