James A. Stankowski (State Bar No. 106367)
Darren Le Montree, Esq. (State Bar No. 198715)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
E-Mail: James.Stankowski@wilsonelser.com
       Darren.Lemontree@wilsonelser.com

Attorneys for Defendant,
ILLINOIS UNION INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD CHARTRAND, | )   Case No.: C-08-05805-JSW |
|    Plaintiff, | ) |
| | )               **DENYING** |
| v. | )   [PROPOSED] ORDER RE: |
| | )   **PUBLICATION ON** |
| ILLINOIS UNION INSURANCE | )   **WESTLAW/LEXIS** |
| COMPANY, a corporation, and DOES 1 | ) |
| through 50, inclusive, | ) |
| | ) |
|    Defendants. | ) |

The Court, having reviewed and considered the Stipulation of the parties herein, hereby Orders and Decrees that the August 28, 2009 Order issued by this Court on the parties' cross-motions for summary adjudication/judgment shall not be published or reported on Lexis, Westlaw or any similar services.

The Court has no authority to take action on this stipulated request.

IT IS SO ORDERED.

Dated: October 22, 2009        _____

                             Hon. Jeffrey S. White

---

792243.1