ANDRE HASSID, SBN 66145
LAW OFFICE OF ANDRE HASSID
670 AUGUSTA DRIVE
MORAGA, CA  94556
Telephone: 925-247-0050; Fax 925-871-4067

MICHAEL A. MATHEWS, ESQ. 049625
LAW OFFICES OF MICHAEL A. MATHEWS
300 MONTGOMERY STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104
Telephone 415-693-0110; Fax 801-640-0411

Attorneys for Plaintiff Lloyd Chartrand

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD CHARTRAND,<br><br>    Plaintiffs,<br><br>  v.<br><br>ILLINOIS UNION INSURANCE COMPANY, a corporation, and DOES 1 through 50, inclusive,<br><br>    Defendant | Case No.  C 08-05805<br><br>JOINT REQUEST FOR CONTINUANCE OF STATUS CONFERENCE IN LIEU OF PENDING SETTLEMENT; AND ~~PROPOSED~~ ORDER THEREON<br><br>Courtroom:  11<br>Judge:  Honorable Jeffrey S. White<br>Trial Date:  March 15, 2010 |

  TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

  Plaintiff LLOYD CHARTRAND ("Plaintiff") and Defendant ILLINOIS UNION INSURANCE COMPANY ("Defendant") by and through their respective counsel of record hereby file this JOINT REQUEST:   Whereas,

  1. The parties have reached an agreement resolving the pending dispute and have begun implemented the agreed terms;

  2. The parties are prepared to file a dismissal of the action without prejudice but are awaiting the court's ruling re the Parties' request re publication before filing the dismissal;

3. The COURT has set a status conference for November 13, 2009 at 1:30 pm;

4. The parties jointly request that the Status Conference be continued to Friday December 11, 2009 at 1:30 pm; the parties anticipate the request for dismissal of the action will be filed before such date, as soon as the Court has ruled on Defendant's request re publication.

Date: November 9, 2009

| By: | /s/ |
|---|---|
| | André Hassid, Attorney for Plaintiff Lloyd Chartrand |

Date: November 9, 2009

| By: | /s/ |
|---|---|
| | James A. Stankowski<br>Darren Le Montree,<br>Attorneys for Defendant Illinois Union Insurance Company |

IT IS ORDERED that the Status Conference presently scheduled for November 13, 2009 at 1:30 pm be continued to Friday December 11, 2009 at 1:30 pm.

Dated: November 10, 2009                    _____
                                             Honorable Jeffrey S. White