IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LLOYD CHARTRAND,

    Plaintiff,

v.

ILLINOIS UNION INSURANCE COMPANY and DOES 1-50, inclusive,

    Defendants.

No. C 08-05805 JSW

**ORDER DENYING REQUEST FOR RECONSIDERATION**

Now before the Court is the stipulated request for reconsideration filed by Defendant Illinois Union Insurance Company ("Illinois Union"). Illinois Union requests reconsideration of the Court order issued on October 22, 2009, denying the stipulation of the parties re publication on Westlaw/Lexis. Having carefully reviewed the stipulation and considered the relevant legal authority, and good cause appearing, the Court hereby DENIES the parties' stipulated request for reconsideration.

A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the Court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments presented before entry of the order. Civ. L.R. 7-9(b)(1)-(3). In addition, the moving party may not reargue any written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c).

The parties submit the same stipulation, now supported by an Eastern District of Pennsylvania case in which the court, without reference to any authority, ordered that its decisions be removed from the databases of Westlaw and Lexis. The Court considered the same argument, without reference to non-binding authority, now raised when considering the parties' original stipulation and found it unpersuasive. It finds it similarly unpersuasive in the context of the motion to reconsider. The parties may not move for reconsideration on the basis of any written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c).

Accordingly, the parties' request for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: November 10, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2