1  ANDRE HASSID, SBN 66145
2  LAW OFFICE OF ANDRE HASSID
3  670 AUGUSTA DRIVE
   MORAGA, CA  94556
4  Telephone: 925-247-0050; Fax 925-871-4067

5  MICHAEL A. MATHEWS, ESQ. 049625
6  LAW OFFICES OF MICHAEL A. MATHEWS
   300 MONTGOMERY STREET, SUITE 650
7  SAN FRANCISCO, CALIFORNIA 94104
   Telephone 415-693-0110; Fax 801-640-0411
8
9  Attorneys for Plaintiff Lloyd Chartrand

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA


| LLOYD CHARTRAND, | Case No.  C 08-05805 |
|---|---|
| Plaintiffs, | JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER THEREON |
| v. | |
| ILLINOIS UNION INSURANCE COMPANY, a corporation, and DOES 1 through 50, inclusive, | Courtroom:  11
Judge:  Honorable Jeffrey S. White
Trial Date:  March 15, 2010 |
| Defendant | |

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the entire action including that against Defendant Illinois Union Insurance Company shall be dismissed without prejudice, pursuant to F.R.C.P. Rule 41(a)(1)(ii) and that each party shall bear their own fees and costs.

Date:  December 4, 2009

| By: | /s/ |
|---|---|
| | André Hassid, Attorney for Plaintiff Lloyd Chartrand |

Date: December 4, 2009

| By: | /s/ |
|---|---|
| | Darren Le Montree, |
| | Wilson, Elser, Moskowitz, Edelman & Dicker |
| | Attorneys for Defendant Illinois Union Insurance Company |

IT IS ORDERED that the Status Conference presently scheduled for Friday December 11, 2009 at 1:30 pm be taken off calendar and the entire action be dismissed without prejudice.

Dated: December 7, 2009  _____
Honorable Jeffrey S. White